E-FILED 10-23-09
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Efren Canlas and Femy Canlas** ) | CASE NO. CV 09-4513-GHK (CWx) |
| Plaintiffs, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| **MortgageIT, Inc., et al.** ) | |
| Defendants. ) | |
| _____ ) | |

   Based on our October 8, 2009 Order granting Defendant GMAC Mortgage, LLC's ("GMAC") Motion to Dismiss against Plaintiffs, **IT IS HEREBY ADJUDGED** that Plaintiffs' claims are **DISMISSED WITH PREJUDICE** with respect to Defendant GMAC.

   Based on our October 22, 2009 Order dismissing the remaining Defendant for failure to prosecute, **IT IS HEREBY ADJUDGED** that Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE** with respect to Defendant MortgageIT, Inc.

   **IT IS SO ORDERED**.

DATED: October 22, 2009

_____
GEORGE H. KING
United States District Judge